**Order entered February 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00118-CR

**ANTONIO LAMAR COCHRAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F15-76529-H**

## ORDER

Before the Court is appellant's January 31, 2019 third motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before February 15, 2019. If appellant's brief is not filed by February 15, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     BILL PEDERSEN, III
        JUSTICE